UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Natasha Burton an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>City Of San Jose, et. al.,<br><br>    Defendants.                   / | No. C08-01215<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

       The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

       PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for June 17, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: June 10, 2008                                    RICHARD W. WIEKING,
                                                          United States District Court

                                                          */s/ Patty Cromwell*
                                                          By: Patty Cromwell
                                                          Courtroom Deputy Clerk to
                                                          Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Brian James Brazier     bbrazier@gonzalezleigh.com, bvereschagin@gonzalezleigh.com, cescobar@gonzalezleigh.com, lrivers@gonzalezleigh.com, malberto@gonzalezleigh.com, vasquez@gonzalezleigh.com, wleigh@gonzalezleigh.com

Matt Gonzalez     mgonzalez@gonzalezleigh.com, linglis@gonzalezleigh.com

Gilbert Whitney Leigh     wleigh@gonzalezleigh.com, bbrazier@gonzalezleigh.com, cescobar@gonzalezleigh.com, lrivers@gonzalezleigh.com, malberto@gonzalezleigh.com, mspringman@gonzalezleigh.com, vasquez@gonzalezleigh.com

Bryan W Vereschagin     bvereschagin@gonzalezleigh.com, bbrazier@gonzalezleigh.com, cescobar@gonzalezleigh.com, lrivers@gonzalezleigh.com, malberto@gonzalezleigh.com, mspringman@gonzalezleigh.com, vasquez@gonzalezleigh.com