**E-filed 6/13/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

NATASHA BURTON,

     Plaintiff,

     v.

CITY OF SAN JOSE,

     Defendant.

_____

No. C-08-1215-JF/HRL

Clerks's Notice

To: All Counsel and Parties in the above named action.

The Court has rescheduled the Case Management Conference
currently scheduled for June 17, 2008. The new hearing date is
Friday, July 18, 2008 at 10:30 AM.    The parties may appear by
telephone by contacting Court Call at 866-582-6878 in advance of
the hearing.

Please to report to Courtroom 3, on the 5th floor, United States
District Courthouse, 280 South First Street, San Jose, CA 95113.


Dated: 6/13/08                          For the Court,
                                        Richard W. Wieking, Clerk

                                        Diana Munz
                                        electronic signature
                                        Courtroom Deputy