1  GONZALEZ & LEIGH, LLP
   MATT GONZALEZ (SBN 153486)
2  G. WHITNEY LEIGH (SBN 153457)
   BRYAN W. VERESCHAGIN (SBN 188608)
3  MATT SPRINGMAN (SBN 252508)
   GONZALEZ & LEIGH, LLP
4  Two Shaw Alley, 3rd Floor
   San Francisco, CA  94105
5  Telephone:  (415) 512-2000
   Facsimile:  (415) 512-2001
6
7  Attorneys for Plaintiff
   NATASHA BURTON
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NATASHA BURTON, an individual, | CASE NO. C08-01215 HRL |
|---|---|
| Plaintiff, | **REQUEST TO VACATE CASE MANAGEMENT CONFERENCE AND NOTICE OF MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| vs. | |
| CITY OF SAN JOSE; ROBERT DAVIS in his capacity as CHIEF OF POLICE OF THE CITY OF SAN JOSE; OFFICER SHAWN ROCHA; OFFICER ERIC KURZ; OFFICER CHRIS HARDIN; OFFICER CHRIS CRUZADO; and DOES 1 THROUGH 75, individually and in their official capacities as employees of the CITY OF SAN JOSE and the SAN JOSE POLICE DEPARTMENT; and DOES 76-100 individually, inclusive, | Date:      July 18, 2008<br>Time:      10:30 a.m.<br>Courtroom: 3<br>Judge:     Hon. Jeremy Fogel |
| Defendants. | |

    Pursuant to Local Rule 3-12 and 7-11, Plaintiff Natasha Burton intends to move to consolidate the present case with two related cases – Henderson v. City of San Jose, et al., Case No. C-08-01214, and Powell v. City of San Jose, Case No. C-08-01213.  All three cases were filed in this court simultaneously. Plaintiff intends to file her motion during the week of July 21, 2008.

1  Plaintiff requests that the Case Management Conference currently scheduled for July 18, 2008 at 10:30 a.m. be vacated pending a determination on Plaintiff's Motion.

DATED:  July 15, 2008                              GONZALEZ & LEIGH, LLP


                                                   By _____/s/_____
                                                      BRYAN W. VERESCHAGIN
                                                      Attorney for Plaintiff
                                                      NATASHA BURTON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**
**Case No. C08-01215 HRL**