# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5ᵀᴴ FLOOR

### CIVIL MINUTES

**Court Proceedings:** Case Management Conference, July 18, 2008
**Case Number:** CV-08-1215-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:      NATASHA BURTON   V.  CITY OF SAN JOSE, ET AL

|  PLAINTIFF  |  DEFENDANT  |

**Attorneys Present:** Bryan Vereschagin        **Attorneys Present:**

---

PROCEEDINGS:

   Case management conference held.  Counsel for plaintiff is present.  Continued to 8/29/08 at 10:30 a.m. for further case management conference.