RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL DODSON, Sr. Deputy City Attorney (#159743)
NKIA D. RICHARDSON, Deputy City Attorney (#193209)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants, CITY OF SAN JOSE,
ROBERT DAVIS, SHAWN ROCHA, ERIC KURZ,
CHRIS HARDIN, and CHRIS CRUZADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATASHA BURTON, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE; ROBERT DAVIS in his capacity as CHIEF OF POLICE OF THE CITY OF SAN JOSE; OFFICER SHAWN ROCHA; OFFICER ERIC KURZ; OFFICER CHRIS HARDIN; OFFICER CHRIS CRUZADO; and DOES 1 THROUGH 75, individually and in their official capacities as employees of the CITY OF SAN JOSE and the SAN JOSE POLICE DEPARTMENT; and DOES 76-100 individually, inclusive,<br><br>  Defendants. | Case Number:  C08-01215 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties in the above-captioned civil matter hereby decline to

/ / / / /

/ / / / /

/ / / / /

1 consent to the assignment of this case to a United States Magistrate Judge for trial and
2 disposition and hereby request the reassignment of this case to a United States District
3 Judge.

Respectfully submitted,

Dated: August 19, 2008    RICHARD DOYLE, City Attorney

By: _____/S/_____
    MICHAEL J. DODSON
    Sr. Deputy City Attorney

Attorneys for Defendants,
CITY OF SAN JOSE, ROBERT DAVIS,
SHAWN ROCHA, ERIC KURZ, CHRIS
HARDIN, and CHRIS CRUZADO