RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL DODSON, Sr. Deputy City Attorney (#159743)
NKIA D. RICHARDSON, Deputy City Attorney (#193209)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants, CITY OF SAN JOSE, ROBERT DAVIS, SHAWN ROCHA, ERIC KURZ, CHRIS HARDIN, and CHRIS CRUZADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATASHA BURTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE; ROBERT DAVIS in his capacity as CHIEF OF POLICE OF THE CITY OF SAN JOSE; OFFICER SHAWN ROCHA; OFFICER ERIC KURZ; OFFICER CHRIS HARDIN; OFFICER CHRIS CRUZADO; and DOES 1 THROUGH 75, individually and in their official capacities as employees of the CITY OF SAN JOSE and the SAN JOSE POLICE DEPARTMENT; and DOES 76-100 individually, inclusive,<br><br>Defendants. | Case Number:  C08-01215 HRL<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

Pursuant to Northern District Local Rule 3-13, Defendants City of San Jose, Robert Davis, Shawn Rocha, Eric Kurz, Chris Hardin, and Chris Cruzado hereby file this Notice of Pendency of Other Action or Proceeding.

The following cases all generally arise out of events transpiring on February 28 and March 1, 2006 in downtown San Jose which involved alleged interaction between the

1  Plaintiff in each individual case and one or more members of the San Jose Police
2  Department.  The cases have overlapping parties and witnesses and the underlying events
3  alleged in each case generally took place at approximately the same time and in close
4  proximity to one another.  Those other cases are as follows:

5     1. *Sanchez, Christina v. City of San Jose, et al.*; USDC Case Number C06-06331 JW;

6     2. *Powell, Barbara v. City of San Jose, et al.*; USDC Case Number C08-01213 HRL; and

7     3. *Henderson, Sheretta v. City of San Jose, et al.*; USDC Case Number C08-01214 PVT.

9  Dated:  August 19, 2008          Respectfully submitted,

10                                     RICHARD DOYLE, City Attorney

12                                     By:  _____/S/_____
13                                         MICHAEL J. DODSON
                                        Sr. Deputy City Attorney

14                                     Attorney for Defendants,
15                                     CITY OF SAN JOSE, ROBERT DAVIS, SHAWN ROCHA, ERIC KURZ, CHRIS HARDIN, and CHRIS CRUZADO