1   GONZALEZ & LEIGH, LLP
    MATT GONZALEZ (SBN 153486)
2   G. WHITNEY LEIGH (SBN 153457)
    GONZALEZ & LEIGH, LLP
3   744 Montgomery Street, Ste. 500
    San Francisco, CA  94111
4   Telephone Number: (415) 912-5950
    Facsimile Number:  (415) 912-5951
5   E-Mail Address:  mgonzalez@gonzalezleigh.com

6   Attorneys for Plaintiffs

7   RICHARD DOYLE, City Attorney (#88625)
    NORA FRIMANN, Assistant City Attorney (#93249)
8   MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
    NKIA D. RICHARDSON, Deputy City Attorney (#193209)
9   Office of the City Attorney
    200 East Santa Clara Street
10  San José, California  95113-1905
    Telephone Number: (408) 535-1900
11  Facsimile Number:  (408) 998-3131
    E-Mail Address:  cao.main@sanjoseca.gov
12
    Attorneys for Defendants
13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                   SAN JOSE DIVISION

17  CHRISTINA SANCHEZ,              No.   C06-06331 JW
                                    No.   C08-01213 JW
18  BARBARA POWELL,                 No.   C08-01215 JW

19  NATASHA BURTON,

20              Plaintiffs,         STIPULATION OF DISMISSAL AND
                                    [PROPOSED] ORDER
21        v.

22  CITY OF SAN JOSE et al.,

23              Defendants.

24        Pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1), Plaintiffs

25  Christina Sanchez, Barbara Powell and Natasha Burton (collectively, "Plaintiffs") and

26  Defendants City of San Jose, Kevin Abruzzini, Christian Camarillo, Shawn Nunes, Shawn

27  Rocha, Eric Kurz, Christopher Hardin, Christopher Cruzado, Rafael Varela and Anthony

28
                                         1
    STIPULATION OF DISMISSAL AND          CASE NOS.:  C06-06331 JW, C08-01213 JW, & C08-01215 JW
    [PROPOSED] ORDER
                                                                              722312

1 | Serrano (collectively, "Defendants") hereby stipulate that these actions be dismissed in
2 | their entirety, with prejudice.

3 |      Plaintiffs and Defendants further stipulate and agree that each party shall bear their
4 | own attorneys fees and costs in connection with this action.

5 |
6 |                 Respectfully submitted,
7 |
8 | Dated: January 21, 2011           By: _____/s/ Matt Gonzalez_____
9 |                          MATT GONZALEZ, Esq.
                         GONZALEZ & LEIGH

10 |                  Attorney for Plaintiff,
                 SHERETTA HENDERSON
11 |
12 | Dated: January 21, 2011           RICHARD DOYLE, City Attorney

13 |
14 |                  By: ___/s/ Michael Dodson_____
                       MICHAEL J. DODSON
                       Sr. Deputy City Attorney
15 |
16 |                  Attorney for Defendants, CHRISTIAN
                 CAMARILLO and RAFAEL VARELA

17 | ## DECLARATION OF CONSENT

18 |      Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under
19 | penalty of perjury that concurrence in the filing of this document has been obtained from
20 | counsel for Plaintiffs, Matt Gonzalez.

21 |
22 | Dated:  January 21, 2011          _____/s/ Michael J. Dodson_____
                       MICHAEL J. DODSON
23 |                        Sr. Deputy City Attorney
24 | / / / / /
25 | / / / / /
26 | / / / / /
27 | / / / / /
28 |

2

1

## <u>ORDER</u>

2      Pursuant to the Stipulation of Dismissal by and between the parties to these

3 actions, through their designated counsel, the above-captioned actions are hereby

4 DISMISSED with prejudice pursuant to F.R.C.P. 41(a)(1), and it is further ordered that

5 each party shall bear their own attorneys fees and costs in connection with these actions.

6 The Clerk shall close these files.

7

8 Dated:   January 21, 2011                          _____

9                                          HONORABLE JAMES WARE
                                           United Stated District Court Chief Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3